### BENNETT & YOUNG *vs.* BRICKEY.

HELD, that where a bail bond is adjudged insufficient, there must be entered of record a *rule* upon the defendant, or *notice*, to perfect the bond; and that, until this is done, the sheriff cannot be joined as a co-defendant.